**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CANTERS DELI LAS VEGAS, LLC,** | **:** | |
| *et al.* | **:** | |
|     **Plaintiffs,** | **:** | |
| | **:** | |
|     **v.** | **:** | **CIVIL ACTION NO. 19-3030** |
| | **:** | |
| **FREEDOMPAY, INC.** | **:** | |
| | **:** | |
|     **Defendants.** | **:** | |

## ORDER

    **AND NOW**, this 14th day of May, 2020, upon consideration of Defendant FreedomPay, Inc.'s Motion to Dismiss and/or to Strike (Doc. No. 56), the Response of Plaintiffs Canters Deli Las Vegas and Canters Deli Tivoli Village LLC (Doc. No. 57), and Defendant's Reply Brief (Doc. No. 60), it is hereby **ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion to Dismiss Counts II and III of the Amended Complaint is **GRANTED**.

2. Defendant's Motion to Strike Plaintiffs' request for punitive and consequential damages is **GRANTED**.

3. Defendant's Motion to Strike Plaintiffs' request for attorneys' fees is **GRANTED**.

4. In all other respects, Defendant's Motion is **DENIED**.

    It is **FURTHER ORDERED** that, within fourteen (14) days from the date of this Order, Defendant shall file an answer to the Amended Complaint.

                                   **BY THE COURT:**

                                   */s/ Mitchell S. Goldberg*
                                   **MITCHELL S. GOLDBERG, J.**